UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Charlene M. Johnson,

Plaintiff,

v.

Moundsvista, Inc., a Minnesota corporation, a/k/a Mermaid, Inc., a/k/a Mermaid Supper Club,

Defendant .

Case File No. 01-CV915
Case Type: Employment

**STIPULATION TO AMENDED SCHEDULING ORDER & ORDER**

WHEREAS, a Pretrial Scheduling Order was entered in this matter on August 3, ,2001; and

WHEREAS, the parties have agreed that additional time is necessary to complete discovery and motion practice.

NOW, THEREFORE, the parties, by and through their respective counsel, hereby stipulate and respectfully request approval of the following Amended Scheduling Order:

1. All discovery shall be completed by **April 1, 2002.**
2. All non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by the discovery deadline, **April 1, 2002.**
3. The remaining provisions of the August 3, 2001 Scheduling Order remain in effect.

FEB 2 2 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 2/20/02

LAW OFFICES OF
SONJA DUNNWALD PETERSON

Sonja Dunnwald Peterson, #169249
Attorney for Plaintiff
1150E Grain Exchange Building
412 South Fourth Street
Minneapolis, MN 55415
(612) 347-0043

Dated: 2/20/02

WARCHOL BERNDT & HAJEK, P.A.

Robert J. Hajek, #39512
Roger E. Meyer, #249890
Attorneys for Defendant
Suite 110
3433 Broadway Street N.E.
Minneapolis, MN 55413-3211
(612) 331-4211

**ORDER**

IT IS SO ORDERED.

Dated: 2/22/02

BY THE COURT

Donovan W. Frank
U.S. District Court Judge