UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Charlene M. Johnson,

Plaintiff,

v.

Moundsvista, Inc., a Minnesota corporation, a/k/a Mermaid, Inc., a/k/a Mermaid Supper Club,

Defendant.

Court File No. 01-CV915 DWF/AJB

**ORDER**

The above-entitled action came before the undersigned on the Plaintiff's motion to modify the Pretrial Scheduling Order. Based upon all of the files, records and proceedings herein,

IT IS HEREBY ORDERED:

1. The Plaintiff's motion is granted.

2. All dispositive motions shall be filed, and the hearings thereon completed, by **July 19, 2002.**

3. The Defendant may depose Sharon Peterson within two weeks of the date of this order.

4. Defendant may serve the Plaintiff with its pleadings in response to Plaintiff's motion for summary judgment on or before **May 23, 2002.**

5. Plaintiff may serve the Defendant with her reply pleadings on or before **May 30, 2002.**

APR 30 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

6. The remaining provisions of the August 3, 2001 Scheduling Order remain in effect.

Dated: April 30, 2002

BY THE COURT

Arthur J. Boylan
United States Magistrate Judge