**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

CHARLENE M. JOHNSON,

Plaintiff,

v.

MOUNDSVISTA, INC., a Minnesota corporation, aka Mermaid, Inc., aka Mermaid Supper Club,

Defendant.

Civil No. 01-915 (DWF/AJB)

**ORDER OF DISMISSAL**

---

Sonja Peterson, Esq., Dunnwald & Peterson, 412 South 4th Street, Suite 1150E, Minneapolis MN 55415, counsel for Plaintiff.

Robert Hajek, Esq. and Roger Meyer, Esq., Warchol Berndt & Hajek, Suite 110, 3433 Broadway Street Northeast, Minneapolis MN 55413, counsel for Defendant.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for forty-five (45) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: September 25, 2002

DONOVAN W. FRANK
Judge of United States District Court

Filed SEP 25 2002
Richard D. Sletten, Clerk
Judgment Entered ______________
Deputy Clerk's Initials ______________