UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Charlene M. Johnson,

Plaintiff,

v.

Moundsvista, Inc., a Minnesota corporation, a/k/a Mermaid, Inc., a/k/a Mermaid Supper Club,

Defendant.

Court File No. 01-CV915 DWF/AJB

**AMENDED**
**ORDER OF DISMISSAL**

The Court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for nineteen (19) months to permit any party to move to reopen the action for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: 10-11-02

DONOVAN W. FRANK
Judge of United States District Court

FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______